UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALADDIN ABDAL RAHIM,

                      Plaintiff,                  **TRANSFER ORDER**

    -against-                                   10-CV-1994 (CBA) (RLM)

NEW YORK CITY HOUSING AUTHORITY,

                      Defendant.
-------------------------------------------------------------X
AMON, United States District Judge:

      Pro se plaintiff Aladdin Abdal Rahim filed the above-captioned civil action on April 28, 2010. Pursuant to the venue provision governing federal question jurisdiction, this action must be filed in the judicial district where a substantial part of the events or omissions giving rise to the claim occurred or where any defendant resides. See 28 U.S.C. § 1391(b). In this case, defendant New York City Housing Authority's main offices are located at 250 Broadway in Manhattan, which is located in New York County.

      Accordingly, this case is hereby transferred to the United States District Court for the Southern District of New York. See 28 U.S.C. § 112(b) (New York County is located within the Southern District of New York); 28 U.S.C. § 1406(a) (district court may transfer case filed in the wrong district to any district in which it could have been brought). A decision on plaintiff's application to proceed *in forma pauperis* is reserved for the transferee court. This Court offers no opinion on the merits of plaintiff's claims. That provision of Rule 83.1 of the Local Rules of the Eastern District of New York which requires a five-day delay is waived. A summons shall not issue from this Court.

      SO ORDERED.

Dated: Brooklyn, New York
       May _6_, 2010

                                                /Signed by Judge Amon/
                                                Carol Bagley Amon
                                                United States District Judge